UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES K. SANDERFORD,      )<br>            Plaintiff,      )<br>                              )<br>v.                              )<br>                              )<br>DUPLIN LAND DEVELOPMENT, INC.   )<br>            Defendants.   ) | JUDGMENT<br><br>No. 7:10-CV-230-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion for summary judgment and motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing of the defendant. All other motions are deemed moot and this case is closed.**

This Judgment Filed and Entered on February 15, 2012, with service on:

Samuel B. Potter     (via CM/ECF Notice of Electronic Filing)

George L. Fletcher   (via CM/ECF Notice of Electronic Filing)

February 15, 2012                         DENNIS P. IAVARONE, CLERK
                                          /s/ Lisa W. Lee
                                          (By): Lisa W. Lee, Deputy Clerk